# NO. 12-14-00066-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *IN THE MATTER OF THE  MARRIAGE* | § | *APPEAL FROM THE 159TH* |
| *OF JERRY DAVIDSON, JR.* | § | *JUDICIAL DISTRICT COURT* |
| *AND DANA M. NIEL* | § | *ANGELINA COUNTY, TEXAS* |

*MEMORANDUM OPINION*
*PER CURIAM*

On March 17, 2014, Appellant filed a notice of appeal complaining of the trial court's order evicting him from certain real property. On March 18, 2014, this court notified Appellant pursuant to Texas Rule of Appellate Procedure 37.1, that the information received in this appeal does not contain a final judgment or other appealable order. Appellant was further informed that the appeal would be dismissed if the information received in the appeal was not amended on or before March 28, 2014, to show the jurisdiction of this court. The deadline for amendment has passed, and Appellant has neither responded to the March 18, 2014 notice nor otherwise shown the jurisdiction of this court. Accordingly, the appeal is ***dismissed for want of jurisdiction***. *See* TEX. R. APP. P. 37.1, 42.3.

Opinion delivered March 31, 2014.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**MARCH 31, 2014**

**NO. 12-14-00066-CV**

**IN THE MATTER OF THE MARRIAGE OF
JERRY DAVIDSON, JR. AND DANA M. NIEL**

Appeal from the 159th District Court

of Angelina County, Texas (Tr.Ct.No. DV-01550-13-06)

THIS CAUSE came to be heard on the appellate record; and the same being considered, it is the opinion of this court that this court is without jurisdiction of the appeal, and that the appeal should be dismissed.

It is therefore ORDERED, ADJUDGED and DECREED by this court that this appeal be, and the same is, hereby **dismissed for want of jurisdiction**; and that this decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*